**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MISTY SACAPANO<br><br>Plaintiff,<br>vs.<br>County OF SAN BERNARDINO; and DOES 1-10, INCLUSIVE.<br><br>Defendants. | Case Number: 5:19-cv-00679-CBM-KK<br><br>**ORDER ON STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE   [JS-6]** |

Pursuant to the Stipulation between Plaintiff Misty Sacapano, and Defendants COUNTY OF SAN BERNARDINO, Deputy Roth and Perez,, the Court orders as follows:

The above-captioned action is hereby dismissed in its entirety with prejudice as to all Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney fees and costs.

IT IS SO ORDERED.

Dated:   SEPTEMBER 3, 2021

_____
HON. Judge Consuelo B.Marshall
UNITED STATES DISTRICT JUDGE